UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VISCOUNT DAVID CAHAL OF IR
EXPRESS TRUST AND OTHERS, ET AL.,**

    Plaintiff,

v.                              **No. 4:26-cv-0205-P**

**ROCKET MORTGAGE, ET AL.,**

    Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 9. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court finds that it does not have subject matter jurisdiction to hear this suit. Consequently, the Court **ORDERS** that this case be **REMANDED** to the 67th Judicial District Court, Tarrant County, TX, cause no. 067- 373797-26.

**SO ORDERED** on this **24th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE